11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Arthur Jeffrey Martinez, III,  * From the 385th District
Court of Midland County,
Trial Court No. CR38830.

Vs. No. 11-11-00351-CR  * December 13, 2013

The State of Texas,  * Memorandum Opinion by Wright, C.J.
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.